THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Hazard Cameron, Appellant.
 
 
 

Appeal From Williamsburg County
George C. James, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-278 
 Submitted April 2, 2012 - Filed May 9,
2012

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor Ernest A. Finney, III, of Sumter, for Respondent.
 
 
 

PER CURIAM: Hazard
 Cameron appeals his conviction for armed robbery, arguing the trial court erred
 in refusing to (1) charge the jury the State must prove an "intent to
 steal" as an element of armed robbery and (2) require the State, as part
 of its closing argument, to open on the law and inform the jury that armed
 robbery carries a mandatory minimum sentence. We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:
1. As to whether the
 trial court's jury charge was in error: State v. Brandt, 393 S.C. 526,
 549, 713 S.E.2d 591, 603 (2011) ("In reviewing jury charges for error,
 [this Court] must consider the [trial] court's jury charge as a whole in light
 of the evidence and issues presented at trial. A jury charge is correct if,
 when the charge is read as a whole, it contains the correct definition and
 adequately covers the law." (citation and internal quotation marks
 omitted)).
2. As to whether the
 trial court erred in refusing to require the State to instruct the jury on
 sentencing: State v. Galbreath, 359 S.C. 398, 406, 597 S.E.2d 845, 849
 (Ct. App. 2004) ("In South Carolina[,] determining guilt or innocence is
 the duty of the jury, whereas sentencing is the duty of the court.").
AFFIRMED.
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.